No. 211. ESTATE OF SCHAEFER (Ben): SCHAEFER (Marilynn), Appellant, v. SCHAEFER (Arthur) and others, Executors, Respondents.*

(Also reported in 212 N. W. 2d 170.)

For the appellant the cause was submitted on the briefs of *Richard R. Rynders* of Madison.

For the respondents the cause was submitted on the brief of *Brown, Black, Riegelman & Kreul* of Racine, attorneys for the executors-respondents, *William E. Dye* of Racine, guardian *ad litem* for interested minors, and *Meldman, Ltd.,* of Milwaukee, co-counsel for executors.

Order affirmed.